# Exhibit A

| Name | Amount |
|---|---|
| Berube, Steve | $715.00 |
| Bourque, Bruce | $441.43 |
| Burgess, James | $105.60 |
| Chartrand, Bradford | $205.92 |
| Cote, Michael | $5,569.71 |
| Dagesse, John | $3,435.27 |
| De Los Angeles, Jose | $55.44 |
| Enriquez, Estrella | $274.56 |
| Hermance, John | $660.00 |
| Hoskins, Kendrick | $506.00 |
| Juache, Jaime | $99.00 |
| Lacroix, Michel | $82.94 |
| Manzararez, Carlos | $2,264.11 |
| Mathieu, Sebastien | $38.17 |
| Nadeau, Jason | $527.81 |
| Paquin, Constance | $480.92 |
| Pare, Alex | $720.93 |
| Philobotte, Marc | $30.00 |
| Provencal, Fernard | $211.20 |
| Rheaume, Richard | $206.80 |
| Royer, Christopher | $308.00 |
| Santana, Andy | $161.92 |
| Verrington, Tim | $21.00 |
| Vivier, Michael | $44.00 |
| Whaland, Brian | $334.27 |
| **Total:** | **$17,500.00** |